**Louis ORTEGA, Appellant,**

v.

**A. Boyd PUCCINELLI, Appellee.**

**No. 26894.**

United States Court of Appeals,
Ninth Circuit.

June 15, 1971.

---

Louis Ortega, in pro. per.

A. Boyd Puccinelli, in pro. per.

Before CHAMBERS, HAMLEY and MERRILL, Circuit Judges.

PER CURIAM:

The dismissal of appellant's "Petition for a Writ of Prohibition" against a bail bondsman is affirmed.

Under 28 U.S.C. § 1651(a), a writ of prohibition may issue only in aid of the jurisdiction of the issuing court. Staf-

ford v. Superior Court, 272 F.2d 407, 409 (9th Cir. 1959). Appellant's petition does not assert any underlying action concerning which the district court would have jurisdiction.